UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **FARROKH SABETI**

Case Number: 20-52510-MLO
Chapter 13
Judge Oxholm

Debtor(s).
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
 (248) 443-7033
_____/

### Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: (check ONE of the following)

1. __X__ Request an adjournment of the confirmation hearing due to the following good cause: Debtor requires additional time to resolve all outstanding objections.

/s/ Ryan A. Paree (P80345)
RYAN A. PAREE (P80345)
Acclaim Legal Services, P.L.L.C.
8900 E. Thirteen Mile Road
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com